CAL GOWER v. STATE.

No. A-6843. Opinion Filed Oct. 5, 1929.
(281 Pac. 1116.)

I. L. Cook and J. G. Ralls, for plaintiff in error.

Edwin Dabney, Atty. Gen., and Smith C. Matson, Ass't. Atty. Gen., for the State.

PER CURIAM. The plaintiff in error was convicted of manslaughter in the first degree in the district court of Atoka county, and was sentenced to serve a term of four years in the state penitentiary.

The information charges murder in the killing of one Jim Pleasant. The appeal is by transcript. The evidence is not before us. No briefs in support of the appeal have been filed. An examination discloses no material error. No reason for a reversal appears.

The case is affirmed.